**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01600-LTB-KLM

EDWARD JIOVANI,

        Plaintiff,

v.

APELLES, LLC, an Ohio limited liability company,

        Defendant.

---

### ORDER

---

      THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 8 - filed August 13, 2012), and the Court being fully advised in the premises,

it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                BY THE COURT:


                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:  August 14, 2012